IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **SAMUEL I. WHITE, P.C., SUBSTITUTE TRUSTEE**<br>　　　　**Complainant,**<br><br>　　　v.<br><br>**UNITED STATES OF AMERICA, COMMONWEALTH OF VIRGINIA,**<br>　　　　**Defendants.**<br><br>*In re: Samuel I. White, P.C., Substitute Trustee v. United States of America and Commonwealth of Virginia, Case No. CL22-2032, Circuit Court for the City of Chesapeake* | **Civil Action No. 2:22-cv-215** |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the United States of America, pursuant to 28 U.S.C. §§ 1442(a)(1), 1444, and 1446 hereby removes the matter captioned *Samuel I. White, P.C., Substitute Trustee v. United States of America, et al*, Case No. CL22002032-00, now pending in the Circuit Court for the City of Chesapeake, Virginia, to the United States District Court for the Eastern District of Virginia, Norfolk Division.

### Background

1. On April 5, 2022, Complainant Samuel I. White, P.C., Substitute Trustee ("Complainant") filed a Complaint in the Circuit Court for the City of Chesapeake, Virginia. *See* Exhibit A.

2. The Complaint seeks to interplead certain foreclosure sale proceeds, which were obtained from the sale of real property upon which the United States has or claims a lien.

3. On April 18, 2022, the Office of the United States Attorney received service of a copy of the initial pleading setting forth the claim for relief upon which such action is based.

4.      This United States District Court embraces the Circuit Court for the City of Chesapeake, Virginia, which is the place in which the state court action is pending.

## Legal Standard

5.      Under 28 U.S.C. § 1442(a)(1), "[a] civil action or criminal prosecution that is commenced in a state court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending: (1) [t]he United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office or on account of any right, title or authority claimed under any Act of Congress for the apprehension or punishment of criminals or the collection of the revenue."

6.      Under 28 U.S.C. §1444, "[a]ny action brought under section 2410 of this title against the United States in any State court may be removed by the United States to the district court of the United States for the district and division in which the action is pending." Section 2410 provides that the United States may be named a party in any civil action for matters affecting property on which the United States has or claims a lien, including interpleader actions.

7.      Under 28 U.S.C. § 1446, a notice of removal must be filed in the district court of the United States for the district and division within which such action is pending "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

## Grounds for Removal

8.      First, the Complaint constitutes a civil action that was commenced in a State court and that is against the United States, which may be removed by the United States to the district

court of the United States for the district and division embracing the place wherein it is pending, pursuant to 28 U.S.C. § 1442.

9. Second, the Complaint alleges an interpleader action with respect to real property on which the United States has or claims a lien, making this an action described in 28 U.S.C. § 2410(a)(5). Because this is an action brought under 28 U.S.C. § 2410 against the United States in a state court, it may be removed by the United States to this court pursuant to 28 U.S.C. § 1444.

10. Accordingly, there exists at least two grounds to remove the Complaint to the United States District Court for the Eastern District of Virginia under 28 U.S.C. §§ 1442, 1444, and 1446.

11. This action is timely removed because the United States was served on April 18, 2022 and has removed this action within 30 days following receipt of service. *See* 28 U.S.C. § 1446(b)(1).

12. A copy of this notice is being filed on May 18, 2022, with the Clerk of the Circuit Court for the City of Chesapeake, Virginia, pursuant to 28 U.S.C. § l446(d).

13. By filing this Notice of Removal, the United States does not waive any claims, rights, defenses, or objections.

## Conclusion

WHEREFORE, the Complaint pending before the Circuit Court for the City of Chesapeake, Virginia is hereby **REMOVED** to the United States District Court for the Eastern District of Virginia.

[*Signature page follows*.]

Date: May 18, 2022                    Respectfully submitted,

UNITED STATES OF AMERICA, on behalf of its
INTERNAL REVENUE SERVICE

JESSICA D. ABER
UNITED STATES ATTORNEY

By:   /s/
Garry D. Hartlieb, Esq., IL Bar No. 6322571
Assistant United States Attorney
Office of the United States Attorney
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Telephone: (757) 441-6331
Facsimile: (757) 441-6689
Email: garry.hartlieb@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General

By:   */s/ Maria E. Ruwe*
Maria E. Ruwe, Ohio Bar No.: 0101114
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-4077
Facsimile: (202) 514-6866
Email: Maria.E.Ruwe@usdoj.gov
*Counsel for the United States of America*

# CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Removal was filed with the clerk of the court on May 18, 2022, using the CM/ECF system, which will send notification of such filing to all counsel of record appearing in said system.

I hereby further certify that a true copy of the foregoing was served this 18th day of May 2022, by United States mail, first class postage paid, addressed to the following:

Karen A. Smith
SAMUEL I. WHITE, P.C.
596 Lynnhaven Parkway, Suite 200
Virginia Beach, VA 23452
*Counsel for Plaintiff*

Attorney General Jason Miyares
COMMONWEALTH OF VIRGINIA
202 North Ninth Street
Richmond, VA 23219
*Counsel for Commonwealth of Virginia*

By: /s/
Garry D. Hartlieb, Esq., IL Bar No. 6322571
Assistant United States Attorney
Office of the United States Attorney
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Telephone: (757) 441-6331
Facsimile: (757) 441-6689
Email: garry.hartlieb@usdoj.gov
*Counsel for United States of America*